IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 24-mj-000134-LMC |
| ) | |
| LEONARDO LEON, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Comes now Stephen C. Moss, Assistant Federal Public Defender, and requests the Clerk to enter counsel's appearance in the above captioned cause on behalf of Defendant, Leonardo Leon, as attorney of record.

Respectfully submitted,

s/ Stephen C. Moss
Stephen C. Moss
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
816-471-8282

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed on October 28, 2024, and that a copy was e-mailed to all parties of record, pursuant to the Electronic Case Filing system.

s/ Stephen C. Moss
Stephen C. Moss