# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name    Leonardo Leon
Alias Name
Birthdate    09/19/1999

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☑ No   if yes, original case number _____
New Defendant  ☑ Yes  ☐ No
Prior Complaint Case Number, if any 24-MJ-00134-LMC
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Ken Borgnino

**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☑ No

**Location Status**
Arrest Date: _____
☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required        ☐ Yes  ☑ No
Warrant Required     ☐ Yes  ☑ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2251.F/6110/4 | Production of Child Pornography | 1 |
| 2 | 18:2252A.F/6300/4 | Distribution of Child Pornography | 2 |
| 3 | | | |
| 4 | | | |

(May be continued on reverse)

Date   11/07/2024         Signature of AUSA   /s/Kenneth W. Borgnino