IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>LEONARDO LEON<br><br>                  Defendant. | Criminal No. 24-00257-01-CR-W-HFS<br>Complaint No. 24-MJ-00134-LMC |

## MOTION TO DISMISS COMPLAINT

Comes now Kenneth W. Borgnino, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on October 14, 2024, before United States Magistrate Judge W. Brian Gaddy, at Kansas City, Missouri, charging the defendant, LEONARDO LEON, with Count One, production of child pornography, in violation of Title 18, United States Code, Section 2251 (a),(e), and Count Two, distribution of child pornography, in violation of Title 18, United States Code, Section 2252 (a)(2), (b)(1).

                                                  Kenneth W. Borgnino
                                                  Assistant United States Attorney
                                                  Western District of Missouri

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on November 13, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                  /s/*Kenneth W. Borgnino*
                                                  Kenneth W. Borgnino
                                                  Assistant United States Attorney