IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-00257-01-CR-W-HFS |
| ) | |
| LEONARDO LEON, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Leonardo Leon appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty to the two-count Indictment charging him with a violation of 18 U.S.C. §§ 2251(a) and (e), that is, Production of Child Pornography (Count One) and 18 U.S.C. §§ 2252(a)(2) and (b)(1), that is, Distribution of Child Pornography (Count Two). Defendant Leon also agreed to forfeit to the United States the property described in the Forfeiture Allegation of the Indictment.

I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings, and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Leonardo Leon's plea of guilty be accepted and that defendant Leon be adjudged guilty and have sentence imposed accordingly.

Counsel have waived the filing of any objections to this Report and Recommendation.

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge